# EXHIBIT A

10/10

SUMMONS - CIRCUIT COURT   SCR 101(d)    FOREIGN    3101 (Rev. 3/24)

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

DON FRANCIS

_____
PLAINTIFF

vs

RED VIOLET, INC., d/b/a FOREWARN

_____
DEFENDANT

CASE NUMBER: 2025 LA 001159

# SUMMONS
## CIRCUIT COURT

☒ ORIGINAL    ☐ ALIAS

File Stamp Here

**To each defendant:** Red Violet, Inc. c/o CT Corporation, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

You are a party to a civil matter. Read all documents attached to this Summons. Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/Response". Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court. If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling. If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees. If you are unable to pay them, you can file an Application for Waiver of Court Fees. A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference. Visit 18thjudicial.org to find the Zoom link for this case on your court date. Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of remote appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Date of Service: _____
To be inserted by officer on copy left with Defendant or other person.

Name: The Law Offices of Scott Skaletsky LLC   ☐ Pro Se
DuPage Attorney Number: 20087
Attorney for: Plaintiff
Address: 2607 N. Greenwood Avenue
City/State/Zip: Arlington Heights, IL 60004
Telephone Number: (312) 217-6022
Email: sska67@gmail.com

**WITNESS: CANDICE ADAMS,** Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Wheaton, Illinois.

DATE: _____

_Candice Adams_
Clerk of the Eighteenth Judicial Circuit

(Rev 3/24)

## SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ (a) Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☐ (b) Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ (c) Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ (d) Other Service: _____

☐ (e) Unable to Serve: _____

Name of Defendant _____    Name of Defendant _____
Name of Person                                  Name of Person
Summons Given to _____      Summons Given to _____
Sex _____ Race _____ Approx. Age _____      Sex _____ Race _____ Approx. Age _____
Place of Service _____       Place of Service _____
City/State _____             City/State _____
Date of Service _____ Time _____     Date of Service _____ Time _____

Special Process Server of _____
By _____ Illinois License Number _____

Sheriff of _____ County
By _____ Deputy Badge Number _____

Sheriff's Fees

    Service and Return ................................................ $ _____

    Miles ................................................................ $ _____

    Total ................................................................ $ _____

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS**

SUMMONS - CIRCUIT COURT     SCR 101(d)                                          3101 (Rev. 3/24)

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

**DON FRANCIS**

PLAINTIFF

VS

**RED VIOLET, INC., d/b/a FOREWARN**

DEFENDANT

CASE NUMBER: **2025 LA 001159**

## SUMMONS
### CIRCUIT COURT

☒ ORIGINAL    ☐ ALIAS

File Stamp Here

To each defendant: Red Violet, Inc. c/o CT Corporation, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

You are a party to a civil matter. Read all documents attached to this Summons. Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/Response". Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court. If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling. If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees. If you are unable to pay them, you can file an Application for Waiver of Court Fees. A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference. Visit 18thjudicial.org to find the Zoom link for this case on your court date. Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of remote appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Date of Service: _____
To be inserted by officer on copy left with Defendant or other person.

Name: The Law Offices of Scott Skaletsky LLC    ☐ Pro Se
DuPage Attorney Number: 20087
Attorney for: Plaintiff
Address: 2607 N. Greenwood Avenue
City/State/Zip: Arlington Heights, IL 60004
Telephone Number: (312) 217-6022
Email: sska67@gmail.com

WITNESS: **CANDICE ADAMS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Wheaton, Illinois.

DATE: 



Clerk of the Eighteenth Judicial Circuit

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS**

(Rev 3/24)

# SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ (a) Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☐ (b) Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ (c) Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ (d) Other Service: _____

☐ (e) Unable to Serve: _____

Name of Defendant _____  Name of Defendant _____
Name of Person                                Name of Person
Summons Given to _____     Summons Given to _____
Sex _____ Race _____ Approx. Age _____        Sex _____ Race _____ Approx. Age _____
Place of Service _____     Place of Service _____
City/State _____            City/State _____
Date of Service _____ Time _____    Date of Service _____ Time _____

Special Process Server of _____
By _____ Illinois License Number _____

Sheriff of _____ County
By _____ Deputy Badge Number _____

Sheriff's Fees

    Service and Return ............................................................. $ _____

    Miles _____ ............................................................. $ _____

    Total ............................................................. $ _____

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS**

SS/nw
ARDC #6181405

## IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
## DUPAGE COUNTY, ILLINOIS

| | | |
|---|---|---|
| **DON FRANCIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) No. **2025LA001159** | |
| | ) | |
| **RED VIOLET, INC., d/b/a** | ) | |
| **FOREWARN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 34396488
2025LA001159
FILEDATE: 9/10/2025 7:12 PM
Date Submitted: 9/10/2025 7:12 PM
Date Accepted: 9/11/2025 8:41 AM
BC

### COMPLAINT AT LAW

NOW COMES the Plaintiff, DON FRANCIS ("Mr. Francis" or "Plaintiff"), by and through his attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and for Count I of his Complaint at Law against the Defendant, RED VIOLET, INC., d/b/a FOREWARN ("Defendant"), and he states as follows:

### THE PARTIES

1. The Plaintiff, DON FRANCIS ("Plaintiff"), is a resident of the State of Illinois and of this County. He resides in Westmont, Illinois.

2. The Defendant, RED VIOLET, INC. d/b/a FOREWARN ("Defendant") is corporation with offices in Palm Beach County, Florida. It has headquarters in Boca Raton, Florida.

### JURISDICTION AND VENUE

3. This Court has personal jurisdiction and venue over the Defendant because the acts, or a substantial portion of them, giving rise to the causes of action in this matter occurred within the State and within this Country.

## FACTUAL BACKGROUND

4. The Defendant is a technology company based in Boca Raton, FL, specializing in identity intelligence solutions designed to enhance commerce and reduce fraud, and it works closely with the real estate industry in providing identity information.

5. On or prior to July 24, 2025, the Defendant posted on its FOREWARN website a finding of "Possible Criminal/Infraction Record" that further indicated that the Plaintiff was on the "National Sex Offender Public Website."

6. The Plaintiff has never been charged for any sexually related crime and has never been contacted by the City of Westmont, its Police Department or any City of Police Department about any such crimes.

7. On a number of occasions, one of Plaintiff's counsel has demanded that the Defendant remove any reference to the false sex offender reporting.

8. In addition, on October 17, 2023 Plaintiff's counsel emailed to Defendant FOREWARN copies of court orders expunging Plaintiff's previous criminal matters, which should have taken 10-15 days to have his record cleared.

9. Up until July 24, 2025, however, Defendant FOREWARN published Plaintiff's criminal records, all to the harm of Plaintiff's reputation.

## COUNT I-Defamation *per se*

10. By its publication of a false reporting that the Plaintiff was listed on the National Sex Offender website, the Defendant is guilty of defamation *per se* for the following reasons:

    a. *Per se* defamation exists where the statements so obviously injure the plaintiff's good name or reputation;

    b. Defendant's statement falls into a longstanding definition of defamation *per se*, in that it "imputes the commission of a criminal offense," "those imputing inability to perform

2

or want of integrity in the discharge of duties of office or employment" "those prejudicing a party in his or her profession or trade."

11. Plaintiff has suffered irreparable personal and economic injury because Defendant published false statements of fact about Plaintiff and his business. Specifically, Defendant falsely stated Plaintiff had a "Possible Criminal/Infraction Record" that further indicated that the Plaintiff was on the "National Sex Offender Public Website." As a result of Defendants* statements, Plaintiff suffered harm to his reputation and his business.

12. Defendant's publication of Plaintiff's court-ordered expunged criminal records equally caused irreparable personal and economic injury. Specifically, the Defendant had prior knowledge of the expungement but published the records in any event and the constituted reckless, willful and wanton conduct. As a result of Defendants* statements, Plaintiff suffered harm to his reputation and his business.

13. Because the Defendant's statements constitute defamation *per se,* it is not necessary for Plaintiff to show that he has any special damages and extrinsic facts are not needed to explain it the injuries from which he has suffered.

**WHEREFORE,** the Plaintiff, DON FRANCIS, prays judgment in his favor and against the Defendant in an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS plus his costs that he has expended in bringing this action.

### COUNT II-Punitive Damages

**NOW COMES** the Plaintiff, DON FRANCIS ("Mr. Francis" or "Plaintiff"), by and through his attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and for Count II of his Complaint at Law against the Defendant, RED VIOLET, INC., d/b/a FOREWARN ("Defendant"), and he states as follows:

1-13. Plaintiff adopts and realleges by reference the allegations contained in paragraphs 1 through 10 of Count I as paragraphs 1 through 10 of Count II as though fully restated herein.

14. At all times relevant hereto, it was the duty of the Defendant to refrain from acting with reckless, willful and wanton manner so as to avoid injuring the plaintiff and damaging his reputation and his financial state.

15. Said duty notwithstanding, the Defendant acted and/or refused to act in one or more of the following ways that amounted to reckless, willful and wanton conduct.

**WHEREFORE,** the Plaintiff, DON FRANCIS, prays judgment in his favor and against the Defendant for punitive damages in an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS plus his costs that he has expended in bringing this action.

        **Respectfully submitted,**
        **DON FRANCIS**

By:    **/s/ Scott Skaletsky**
        **The Law Offices of Scott Skaletsky LLC**

DuPage Atty #: 20087 CLK

Scott Skaletsky
**The Law Offices of Scott Skaletsky LLC**
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
(312) 217-6022
sska67@gmail.com

4

SS/nw
ARDC #6181405

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

| | |
|---|---|
| DON FRANCIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) No. 2025LA001159 |
| | ) |
| RED VIOLET, INC., d/b/a | ) |
| FOREWARN, | ) |
| | ) |
| Defendant. | ) |

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 34396488
2025LA001159
FILEDATE: 9/10/2025 7:12 PM
Date Submitted: 9/10/2025 7:12 PM
Date Accepted: 9/11/2025 8:41 AM
BC

## COMPLAINT AT LAW

**NOW COMES** the Plaintiff, DON FRANCIS ("Mr. Francis" or "Plaintiff"), by and through his attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and for Count I of his Complaint at Law against the Defendant, RED VIOLET, INC., d/b/a FOREWARN ("Defendant"), and he states as follows:

### THE PARTIES

1. The Plaintiff, DON FRANCIS ("Plaintiff"), is a resident of the State of Illinois and of this County. He resides in Westmont, Illinois.

2. The Defendant, RED VIOLET, INC. d/b/a FOREWARN ("Defendant") is corporation with offices in Palm Beach County, Florida. It has headquarters in Boca Raton, Florida.

### JURISDICTION AND VENUE

3. This Court has personal jurisdiction and venue over the Defendant because the acts, or a substantial portion of them, giving rise to the causes of action in this matter occurred within the State and within this Country.

1

## FACTUAL BACKGROUND

4. The Defendant is a technology company based in Boca Raton, FL, specializing in identity intelligence solutions designed to enhance commerce and reduce fraud, and it works closely with the real estate industry in providing identity information.

5. On or prior to July 24, 2025, the Defendant posted on its FOREWARN website a finding of "Possible Criminal/Infraction Record" that further indicated that the Plaintiff was on the "National Sex Offender Public Website."

6. The Plaintiff has never been charged for any sexually related crime and has never been contacted by the City of Westmont, its Police Department or any City of Police Department about any such crimes.

7. On a number of occasions, one of Plaintiff's counsel has demanded that the Defendant remove any reference to the false sex offender reporting.

8. In addition, on October 17, 2023 Plaintiff's counsel emailed to Defendant FOREWARN copies of court orders expunging Plaintiff's previous criminal matters, which should have taken 10-15 days to have his record cleared.

9. Up until July 24, 2025, however, Defendant FOREWARN published Plaintiff's criminal records, all to the harm of Plaintiff's reputation.

### COUNT I-Defamation *per se*

10. By its publication of a false reporting that the Plaintiff was listed on the National Sex Offender website, the Defendant is guilty of defamation *per se* for the following reasons:

    a. *Per se* defamation exists where the statements so obviously injure the plaintiff's good name or reputation;

    b. Defendant's statement falls into a longstanding definition of defamation *per se*, in that it "imputes the commission of a criminal offense," "those imputing inability to perform

or want of integrity in the discharge of duties of office or employment" "those prejudicing a party in his or her profession or trade."

11. Plaintiff has suffered irreparable personal and economic injury because Defendant published false statements of fact about Plaintiff and his business. Specifically, Defendant falsely stated Plaintiff had a "Possible Criminal/Infraction Record" that further indicated that the Plaintiff was on the "National Sex Offender Public Website." As a result of Defendants* statements, Plaintiff suffered harm to his reputation and his business.

12. Defendant's publication of Plaintiff's court-ordered expunged criminal records equally caused irreparable personal and economic injury. Specifically, the Defendant had prior knowledge of the expungement but published the records in any event and the constituted reckless, willful and wanton conduct. As a result of Defendants* statements, Plaintiff suffered harm to his reputation and his business.

13. Because the Defendant's statements constitute defamation *per se,* it is not necessary for Plaintiff to show that he has any special damages and extrinsic facts are not needed to explain it the injuries from which he has suffered.

**WHEREFORE,** the Plaintiff, DON FRANCIS, prays judgment in his favor and against the Defendant in an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS plus his costs that he has expended in bringing this action.

**COUNT II-Punitive Damages**

**NOW COMES** the Plaintiff, DON FRANCIS ("Mr. Francis" or "Plaintiff"), by and through his attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and for Count II of his Complaint at Law against the Defendant, RED VIOLET, INC., d/b/a FOREWARN ("Defendant"), and he states as follows:

1-13. Plaintiff adopts and realleges by reference the allegations contained in paragraphs 1 through 10 of Count I as paragraphs 1 through 10 of Count II as though fully restated herein.

14. At all times relevant hereto, it was the duty of the Defendant to refrain from acting with reckless, willful and wanton manner so as to avoid injuring the plaintiff and damaging his reputation and his financial state.

15. Said duty notwithstanding, the Defendant acted and/or refused to act in one or more of the following ways that amounted to reckless, willful and wanton conduct.

**WHEREFORE,** the Plaintiff, DON FRANCIS, prays judgment in his favor and against the Defendant for punitive damages in an amount in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS plus his costs that he has expended in bringing this action.

                                          **Respectfully submitted,**
                                          **DON FRANCIS**

                              **By:**    **/s/ Scott Skaletsky**
                                         **The Law Offices of Scott Skaletsky LLC**

DuPage Atty #: 20087 CLK

Scott Skaletsky
The Law Offices of Scott Skaletsky LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
(312) 217-6022
sska67@gmail.com

4

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

| | |
|---|---|
| DON FRANCIS, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No.: 2025LA001159 ) |
| RED VIOLET, INC., d/b/a FOREWARN, | ) ) |
|     Defendant. | ) ) |

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 35051323
2025LA001159
FILEDATE: 10/24/2025 4:01 PM
Date Submitted: 10/24/2025 4:01 PM
Date Accepted: 10/24/2025 4:17 PM
MO

**DEFENDANT'S UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Defendant FOREWARN, LLC ("Defendant"), improperly named in the Complaint as Red Violet, Inc. d/b/a FOREWARN, pursuant to Illinois Supreme Court Rule 183, and without waiving its right to contest personal jurisdiction, service, and venue, hereby brings this Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support thereof states as follows:

1. On September 10, 2025, Plaintiff filed the Complaint at Law ("Complaint") in the above-captioned action.

2. On October 6, 2025, Plaintiff served a copy of the Complaint and Summons on Defendant, making Defendant's responsive pleading due on or before October 27, 2025.

3. Pursuant to Illinois Supreme Court Rule 183, the "court, for good cause shown on motion after notice to the opposite party, may extend the time for filing any pleading or the doing of any act which is required by the rules to be done within a limited period, either before or after the expiration of the time."

4. Defendant respectfully requests a 30-day extension of time in which to file its response to Plaintiff's Complaint, up through and including November 26, 2025, so that Defendant may fully analyze the factual and legal issues raised by the Complaint.

1

5. This is Defendant's first request for an extension of time.

6. Defendant's counsel has contacted Plaintiff's counsel regarding this Motion and Plaintiff does not oppose this Motion.

7. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

8. Defendant respectfully submits that good cause supports the request for extension of time based upon the foregoing.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Extension of Time to Respond to the Complaint.

Dated: October 24, 2025

**FOREWARN, LLC**

/s/  *Punit K. Marwaha*
Punit K. Marwaha (ARDC #6307990)
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 759-5949
Email: punit.marwaha@troutman.com

*Counsel for FOREWARN, LLC*

DuPage Atty # - 28525 clk

**CERTIFICATE OF SERVICE**

I, Punit Marwaha, an attorney, hereby certify that I caused the foregoing to be electronically filed using Odyssey File & Serve, which will serve a copy to all counsel of record, including the party identified below.

Scott Skaletsky
The Law Offices of Scott Skaletsky LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
(312) 217-6022
sska67@gmail.com

/s/    Punit K. Marwaha
Punit K. Marwaha (ARDC #6307990)
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 759-5949
Email: punit.marwaha@troutman.com

*Counsel for FOREWARN, LLC*

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

| | |
|---|---|
| DON FRANCIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2025LA001159 ) |
| RED VIOLET, INC., d/b/a FOREWARN, | ) ) |
| Defendant. | ) ) |

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 35051323
2025LA001159
FILEDATE: 10/24/2025 4:01 PM
Date Submitted: 10/24/2025 4:01 PM
Date Accepted: 10/24/2025 4:17 PM
MO

## NOTICE OF MOTION

TO: See below service list

**PLEASE TAKE NOTICE** that on the 3rd day of November, 2025 at 9:00 a.m., I shall appear before the Honorable Angelo J. Kappas, or any Judge sitting in his stead, in the courtroom usually occupied by him, in Room 2020, in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, and present the attached ***Defendant's Unopposed Motion for Extension of Time to Respond to Complaint***.

Dated: October 24, 2025

**FOREWARN, LLC**

/s/   *Punit K. Marwaha*
Punit K. Marwaha (ARDC #6307990)
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 759-5949
Email: punit.marwaha@troutman.com

*Counsel for FOREWARN, LLC*

DuPage Atty # - 28525 clk

321387087v1

## **CERTIFICATE OF SERVICE**

       I, Punit Marwaha, an attorney, hereby certify that I caused the foregoing to be electronically filed using Odyssey File & Serve, which will serve a copy to all counsel of record, including the party identified below.

       Scott Skaletsky
       The Law Offices of Scott Skaletsky LLC
       2607 N. Greenwood Avenue
       Arlington Heights, IL 60004
       (312) 217-6022
       sska67@gmail.com

       /s/ Punit K. Marwaha
       Punit K. Marwaha

321387087v1